COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 April 30, 2015
 No. 10-15-00083-CV
 IN RE CHARLES ROBERT BLAKE
 
 
 Original Proceeding
 
--------------------------------------------------------------------------------
JUDGMENT

 The Amended Petition for Writ of Mandamus filed by Charles Robert Blake has been considered by the Court. The Court has determined the Amended Petition for Writ of Mandamus should be and hereby is denied.
 It is further ordered that Ashley Lyndale Vaughn is awarded judgment against Charles Robert Blake for Ashley Lyndale Vaughn's costs that were paid, if any, by Ashley Lyndale Vaughn; and all unpaid appellate court cost, if any, is taxed against Charles Robert Blake.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk